In the Matter of the Will of CHARLES H. RATHBONE, Deceased.

CHARLES H. RATHBONE III et al., Appellants and Respondents; ORRIN R. JUDD et al., as Executors of CHARLES H. RATHBONE, Deceased, et al., Respondents.

Submitted March 2, 1942; decided March 11, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 708.)

In the Matter of JEROME A. NEWMAN, Appellant, against HENRY K. SMITH, as President of ADAMS EXPRESS COMPANY, et al., Respondents.

Submitted March 2, 1942; decided March 11, 1942.

*Albert R. Connelly* for motion.

No one opposed.

Motion dismissed on the ground that the order of the Appellate Division is not one from which an appeal may be allowed by this court in accordance with the provisions of subdivision 5 of section 588 of the Civil Practice Act.